UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRYSTAL MIMS,
        Plaintiff,

v.                                     CASE No. 8:17-CV-352-T-TGW

RANDOLPH HOTEL, INC.

        Defendants.

## ORDER

THIS CAUSE came on for consideration upon the Joint Motion for Approval of Settlement of FLSA Claims and Stipulation of Dismissal with Prejudice (Doc. 25). The plaintiff alleged in this complaint that she was not paid the minimum hourly wage and overtime compensation, in violation of the Fair Labor Standards Act (FLSA). The defendant disputes, among other allegations, the existence of FLSA coverage.

The Settlement Agreement, which is attached as Exhibit A to this motion, has been reviewed by the court and scrutinized for fairness in accordance with Lynn's Food Stores, Inc. v. U.S. By and Through U.S. Dept. of Labor, Employment Standards Admin., Wage and Hour Div., 679 F.2d 1350, 1353 (11th Cir. 1982). Counsel explained in the motion that they discussed with their clients the evidence and FLSA coverage issues, and that the negotiations were detailed and fact based (Doc. 25, p. 4). Furthermore, they represent that there was no

collusion, and that "[t]he parties believe that the settlement of Mims' FLSA claims is fair and reasonable in light of the evidentiary proof and the expense and disruption inherent" in continued litigation of this matter (id., pp. 4-5). Moreover, the amount of the attorney's fee was agreed upon separately from, and without regard to, the amount of Mims' FLSA recovery (id., p. 5). After considering the motion, and the Settlement Agreement, I find that the terms of the settlement are a fair and reasonable resolution of the plaintiff's FLSA claims.

It is, therefore, upon consideration

ORDERED:

1. That the Joint Motion for Approval of Settlement of FLSA Claims and Stipulation of Dismissal with Prejudice (Doc. 25) be, and the same is hereby, **GRANTED**.

2. That this case is **DISMISSED WITH PREJUDICE**, and the Clerk is accordingly **DIRECTED** to **CLOSE THE CASE**.

DONE and ORDERED at Tampa, Florida, this 20th day of March, 2018.

                                             _____
                                             THOMAS G. WILSON
                                             UNITED STATES MAGISTRATE JUDGE